# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                 Plaintiff,<br><br>vs.<br><br>**CLARENCE BECKS,**<br><br>                 **Defendant.** | 8:18CR81<br><br>ORDER |

This matter is before the Court on the Defendant's "Motion for Reconsideration to Parole Under First Step Act," ECF No. 39. For the reasons stated in the Court's earlier Memorandum and Order, ECF No. 38, the Motion will be denied.

Accordingly,

IT IS ORDERED:

1. Defendant's "Motion for Reconsideration to Parole Under First Step Act," ECF No. 39, is denied; and
2. The Clerk will mail a copy of this Order to the Defendant at his last known address.

Dated this 3rd day of September 2019.

                                                            BY THE COURT:

                                                            s/Laurie Smith Camp<br>
                                                            Senior United States District Judge