IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLARENCE BECKS,<br><br>Defendant. | 8:18-CR-81<br><br>**ORDER** |

This matter comes before the Court on Defendant's motion for reduction in sentence or compassionate release, Filing 66. This is Defendant's sixth motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). Defendant argues, as he has in each of his previous motions, that compassionate release is appropriate because of his diagnoses for multiple sclerosis, chronic hypertension, and neuropathy. While the Court is sympathetic to Defendant and his health conditions, the Court has considered his arguments several times and concluded that a reduction of his sentence would undermine the sentencing factors in 18 U.S.C. § 3353(a). The Court previously advised that it "does not intend to grant Defendant a sentence reduction or any other relief now or in the future based upon the allegations and evidence provided." Filing 57 at 4. Defendant presents no new evidence that would cause the Court to reconsider this conclusion. Accordingly,

IT IS ORDERED: Defendant's sixth motion for reduction in sentence or compassionate release under to 18 U.S.C. § 3582(c)(1), Filing 66, is denied.

Dated this 9th day of June, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge